# UNITED STATES DISTRICT COURT

Western District of Arkansas

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v. | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release) |
| JOHNNY THAD SNOW | Case No.     3:13CR30001-001<br>USM No.     11291-010 |
| | James B. Pierce<br>Defendant's Attorney |

**THE DEFENDANT:**

X   admitted guilt to violation of condition(s)   __Violation No. 1__   of the term of supervision.

☐   was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| One | Mandatory Condition-New Law Violation: Possession of a Controlled Substance; Possession of Drug Paraphernalia | 02/02/2016 |

The defendant is sentenced as provided in page 2 of this judgment.   The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

X   Upon motion of the government, violation(s) __No. 2__ is dismissed.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| Last Four Digits of Defendant's Soc. Sec.   1371 | March 8, 2017 |
| | Date of Imposition of Judgment |
| Defendant's Year of Birth:   1976 | |
| | /s/ P.K. Holmes, III |
| City and State of Defendant's Residence: | Signature of Judge |
| Green Forest, Arkansas | |
| | Honorable P.K. Holmes, III, Chief United States District Judge |
| | Name and Title of Judge |
| | |
| | March 8, 2017 |
| | Date |

Judgment — Page 2 of 2

DEFENDANT: JOHNNY THAD SNOW
CASE NUMBER: 3:13CR30001-001

## IMPRISONMENT

term of :   The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total **Twelve (12) months and one (1) day, to be served consecutive to any sentence imposed by the state of Arkansas.  Further, there will be no term of supervised release to follow the term of imprisonment.**

☐ The court makes the following recommendations to the Bureau of Prisons:

The Court recommends the defendant participate in a substance abuse treatment program while in the Federal Bureau of Prisons.

X  The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2 p.m. on _____ .
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

**RETURN**

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL